IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HERIBERTO RODRIGUEZ, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00817-ESC |
| vs. | § § § | |
| ANDREW M. SAUL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| *Defendant.* | § | |

# FINAL JUDGMENT

On this day, the Court vacated the Commissioner's decision finding Plaintiff not disabled. For the reasons set forth in the Court's memorandum opinion,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

SIGNED this 1st day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE